**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**CIVIL ACTION NO. 1:14cv317 (WOB-SKB)**


**ALONZO BLEVINS**                                    **PETITIONER**


**VS.**                              **JUDGMENT**


**WARDEN, CHILLICOTHE**
**CORRECTIONAL INSTITUTION**                          **RESPONDENT**


    This matter is before the Court on the Report and
Recommendation of the United States Magistrate Judge (Doc. 14),
and there being no objections filed, and the Court being
sufficiently advised,

    **IT IS ORDERED** that the Report and Recommendation (Doc. 14)
be, and it hereby is, **adopted** as the findings of fact and
conclusions of law of this Court; that petitioner's Petition for
a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 4),
is **DISMISSED** with prejudice. A certificate of appealability
shall not issue with respect to any of the claims alleged in the
petition, which have been addressed on the merits herein,
because the petitioner has not stated a "viable claim of the
denial of a constitutional right," nor are the issued presented
"adequate to deserve encouragement to proceed further." Pursuant
to 28 U.S.C. § 1915(a)(3), any appeal of this judgment would not
be taken in "good faith," and, petitioner  therefore should not
be permitted to proceed *in forma pauperis*.

This 25th day of September, 2015.



Signed By:

*__William O. Bertelsman__*

United States District Judge